# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Robert Lamar McFadden, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00098-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Julie Jenkins | ) | |
| FNU Watkins | ) | |
| FNU Swink | ) | |
| David Cothron, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2017 Order.

September 29, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court